Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Paul G. Davis, Bar #036524
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1745
Fax: (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
pdavis@jshfirm.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Gerado Ayala, individually,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Nathanael Young and Jane Doe Young, individually and as husband and wife; U.S. Xpress, Inc., a Nevada company; John Does I-X and Jane Does I-X, individually and/or as husband and wife; Black Corporations I-X; and White Limited Partnerships I-X,<br><br>　　　　　　　　　　Defendants. | No. TBD<br><br>**NOTICE OF REMOVAL** |

　　　　U.S. Xpress, Inc. ("U.S. Xpress") and Nathanael Young (collectively, "Removing Defendants"), by and through undersigned counsel, hereby file the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Maricopa, Case No. CV2022003220 to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendants state as follows:

## **PROCEDURAL HISTORY**

　　　　1.　　The above-captioned case commenced when Plaintiff, Gerado Ayala, filed a Complaint in Superior Court in and for Maricopa County, on March 15, 2022 (the

10708686.1

"Complaint"). *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit 1.

2. U.S. Xpress was served with process through its statutory agent on June 6, 2022. Young was served with process on June 10, 2022.

3. A responsive pleading on Removing Defendants' behalf has not yet been filed.

## TIMELINESS OF REMOVAL

4. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5. This Notice of Removal is filed within thirty (30) days after the Complaint was received by Removing Defendants and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

6. A Notice of Filing Notice of Removal is being filed with the Superior Court in and for Maricopa County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit 2.

## BASIS OF REMOVAL

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

8. Plaintiff claims personal injuries as a result of Defendant's alleged liability. While the Complaint does not assert a specific amount of medical specials, it alleges harm in an amount qualifying this matter as a Tier 2 case pursuant to Rule 26.2(b) Ariz. R. Civ. Pro, meaning the damages are in excess of $50,000. Moreover, Plaintiff has already disclosed $58,610.35 in medical expenses, that he was still treating with three medical providers, and that he was scheduled for additional eye surgeries. Accordingly, the amount in controversy exceeds $75,000.

10708686.1

9. According to the Complaint, Plaintiff resides in Maricopa County, Arizona, where he presumably intends to remain.  He is thus considered a citizen of Arizona.

10. Removing Defendant U.S. Xpress is incorporated in Carson City, Nevada, and has a principal place of business in Chattanooga, Tennessee.  It is thus considered a citizen of Nevada and Tennessee.

11. Removing Defendant Nathanael Young resides in Leon County, Texas, where he intends to remain.  He is thus considered a citizen of Texas.

15. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship.  This is satisfied as both Defendant U.S. Xpress and Defendant Nathanael Young are filing this Notice of Removal.

**WHEREFORE**, Removing Defendants request that the above action now pending in the Superior Court in and for Maricopa County be removed to this Court.

DATED this 27th day of June, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Paul G. Davis
　　Phillip H. Stanfield
　　David L. Stout, Jr.
　　Paul G. Davis
　　40 N. Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Chad Schatz, Esq.
LERNER & ROWE, P.C.
2701 E. Camelback Road, Suite 140
Phoenix, Arizona 85016
Attorney for Plaintiff

s/Kadie G. Lewis

10708686.1